UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Hussein S. Berry, et al.,

                Plaintiff(s),

v.                                      Case No. 2:14−cv−10851−SFC−RSW
                                       Hon. Sean F. Cox

Ousama Rahal, et al.,

                Defendant(s).

### NOTICE OF REMAND

TO: WAYNE COUNTY CIRCUIT COURT

Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan 48226
        (313) 234−5005

### Certification

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                DAVID J. WEAVER, CLERK OF COURT

                By: s/ K Krawczyk
                      Deputy Clerk

Dated: March 5, 2014